IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

ANTONIO ACEVEDO,

        Plaintiff,

v.

JP MORGAN CHASE, et al,

        Defendants.

_____/

**No. C 09-4765 RS**

**ORDER FOR INTRA-DISTRICT TRANSFER**

Pursuant to Civil Local Rule 3-2(g), the Court finds that this action was improperly assigned to this division and that it should be transferred to the San Francisco or Oakland division under Civil Local Rule 3-2(d).

IT IS SO ORDERED.

Dated: October 7, 2009

_____
RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE