**United States District Court**
For the Northern District of California

**\*E-Filed 10/09/09\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

ANTONIO ACEVEDO,

           Plaintiff,

   v.

JP MORGAN CHASE, et al,

           Defendants.

_____/

**No. C 09-4765  RS**

**ORDER FOR INTRA-DISTRICT TRANSFER**

    Pursuant to Civil Local Rule 3-2(g), the Court finds that this action was improperly assigned to this division and that it should be transferred to the San Francisco or Oakland division under Civil Local Rule 3-2(d).

IT IS SO ORDERED.

Dated: October 7, 2009

RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE

1