IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO ACEVEDO,<br><br>    Plaintiff,<br><br>  v.<br><br>JP MORGAN CHASE, ET AL.,<br><br>    Defendants.<br>_____ / | No. C 09-04765 JSW<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

    This matter is set for a hearing on January 22, 2010 on Defendant' motion to dismiss. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than November 30, 2009 and a reply brief shall be filed by no later than December 7, 2009.

    If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

    **IT IS SO ORDERED.**

Dated: November 12, 2009

                                                  JEFFREY S. WHITE<br>
                                                UNITED STATES DISTRICT JUDGE