IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANTONIO ACEVEDO,

    Plaintiff,

v.

JP MORGAN CHASE, ET AL.,

    Defendants.
    _____/

No. C 09-04765 JSW

**ORDER SETTING BRIEFING SCHEDULE**

This matter is set for a hearing on February 5, 2010 on Defendants' motions to dismiss the first amended complaint. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than January 6, 2010 and a reply brief shall be filed by no later than January 13, 2010.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: December 21, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE