IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANTONIO ACEVEDO,

    Plaintiff,

v.

JP MORGAN CHASE, ET AL.,

    Defendants.

No. C 09-04765 JSW

**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**

    This matter was set for a hearing on February 5, 2010 on Defendants' motions to dismiss the first amended complaint. On December 21, 2009, the Court issued an order requiring that an opposition to the motion be filed by no later than January 6, 2010. On January 20, 2010, the Court received Defendants' reply indicating that, pursuant to the Northern District Civil Local Rule 7-3(a), Plaintiff's opposition was due on January 15, 2010. Plaintiff has filed no opposition.

    Accordingly, Plaintiff is HEREBY ORDERED TO SHOW CAUSE in writing no later than February 3, 2010, as to why this case should not be dismissed for failure to prosecute. The hearing date of February 5, 2010 is HEREBY VACATED.

    **IT IS SO ORDERED.**

Dated: January 27, 2010

                                      JEFFREY S. WHITE
                                      UNITED STATES DISTRICT JUDGE